1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT FOR THE

8

EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| DIANNA COOPER, | ) | 1:09cv01488 DLB |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | ) ) ) | (Document 13) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

On April 6, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before May 17, 2010. Defendant's opposition, if any, shall be filed on or before June 21, 2010.

IT IS SO ORDERED.

Dated:   **April 7, 2010**            _/s/ **Dennis L. Beck**_
                                          UNITED STATES MAGISTRATE JUDGE

1