Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Dianna Copper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DIANNA COPPER, | Case No.: 1:09 CV 01488 DLB |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Dianna Copper ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

1  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

2  own fees, costs, and expenses.

3  DATE: May 26, 2010            Respectfully submitted,

4                                LAW OFFICES OF LAWRENCE D. ROHLFING

5                                     /s/ *Steven G. Rosales*
                           BY:_____
6                                Steven G. Rosales
                                 Attorney for plaintiff Dianna Copper
7

8  DATED:  May 26, 2010                   KAREN P. HEWITT
                                          BENJAMIN B. WAGNER
9                                         ANDRÉ BIROTTE JR.
                                          United States Attorney
10                                        LEON W. WEIDMAN
                                          Chief, Civil Division
11
                                      /s/ *Armand D. Roth*
12
                                 _____
13                               Armand D. Roth
                                 Special Assistant United States Attorney
14                               Attorneys for Defendant Michael J. Astrue,
                                 Commissioner of Social Security
15                               (Per e-mail authorization)

16      IT IS HEREBY ORDERED, based on the stipulation by and between the

17 parties, through their respective counsel, that the court dismisses the above matter

18 without prejudice.  Each side to bear his/her own costs and expenses, including but

19 not limited to attorney's fees.

20      IT IS SO ORDERED.

21 DATE: May 27, 2010

22
                       _____/s/ Dennis L. Beck_____
23                     THE HONORABLE DENNIS L. BECK
                       UNITED STATES MAGISTRATE JUDGE
24

25

26